UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   **5:25-cv-01682-SPG-MAR** | Date:  September 15, 2025 |
| Title   *Michael Andrew Carey v. Superior Court on California et al* | |

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On July 3, 2025, Michael Carey ("Plaintiff") proceeding pro se, filed a Complaint ("Complaint") pursuant to 42 U.S.C. § 1983.  ECF Docket No. ("Dkt.") 1.  Plaintiff also filed an ex parte application for a temporary restraining order, Dkt. 2, and a motion for leave to affect alternative service, Dkt. 9.  On July 13, the Court denied Plaintiff's requests.  Dkt. 13.  In denying Plaintiff's motion for alternative service, the Court noted that "Plaintiff has not requested that the clerk issue a summons, as described in Federal Rule of Civil Procedure 4(b)."  Id. at 2.  Indeed, the local rules also state that "summons must be prepared using an approved form of summons, available from the Court's website."  L.R. 4-1.  In its order, the Court explained that any form of service would be deficient until Plaintiff had presented summons to the Clerk for issuance.  Dkt. 13 at 2.

Almost two months have passed since the Court denied Plaintiff's motion for alternative service, and Plaintiff has yet to request that the Clerk issue summons.  Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by October 6, 2025**, why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

| | Initials of Preparer | : |
|---|---|---|
| | | vv |