JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL ANDREW CAREY,
Plaintiff,
v.
SUPERIOR COURT ON CALIFORNIA, COUNTY OF RIVERSIDE ET AL,
Defendants.

Case No. 5:25-cv-01682-SPG-MAR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Michael Andrew Carey's Complaint, (ECF No. 1), is denied and this action dismissed with prejudice.

Dated: October 8, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE